# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

AHMED SHAIKH,

    Plaintiff,

v.                                                    Case No.: 6:23-cv-944-WWB-LHP

ST. THOMAS UNIVERSITY INC., FOX
NEWS NETWORK, CITY OF MIAMI,
SUNSTONE SHIPS, INC., CITY OF
ORLANDO, NORMAND LAW PLLC, CF
FITNESS, INC., PUBLIX SUPER
MARKETS, INC., UNIVERSITY OF
CENTRAL FLORIDA RESEARCH
FOUNDATION, INC., GRIFOLS USA,
LLC and 24 HOUR FITNESS USA, LLC,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the record. On November 20, 2023, the Court entered an Order (Doc. 7) dismissing Plaintiff's Complaint (Doc. 1) without prejudice and ordering Plaintiff to file an amended pleading on or before November 30, 2023. (Doc. 7 at 3–4). Plaintiff was warned that the failure to do so might result in the dismissal of this case without further notice. (*Id.* at 4). Plaintiff did not timely file an amended pleading. Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Orlando, Florida on January 8, 2024.


_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party